UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal Number: |
| | : | |
| v. | : | Magistrate Number: |
| | : | |
| | : | VIOLATION: 18 U.S.C. §§ 371, 1029 |
| KIMBERLY HOWARD, | : | (Conspiracy) |
| | : | |
| Defendant. | : | |

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Crim. P. 11, the defendant, Kimberly Howard, under penalty of perjury, agrees and stipulates, to the following facts in connection with his plea of guilty to 18 U.S.C. §§ 371, 1029 (Conspiracy to Commit Access Device Fraud).

### Background

At all times during the duration of the conspiracy, American Express and VISA were companies which issued credit cards containing credit card numbers and had activity which affected interstate commerce. Credit card numbers were "access devices" in that they could be used, alone or in conjunction with the expiration date, to obtain money, goods, services, or anything of value. Magruder's #18, located at 5626 Connecticut Avenue, N.W., Washington, D.C. ("Magruder's"), was a grocery store which sold staple food items, meats, produce, dairy products and household supplies. Customers of Magruder's purchased items using a variety of payment methods including paying with credit cards. For each credit card transaction, Magruder's maintained receipts which contained credit card numbers and expiration dates of victims. Between August 2003, and January 2004, defendant Kimberly Howard worked as a cashier at Magruder's.

## The Conspiracy to Commit Access Device Fraud

Between on or about August 2003, and on or about March 2004, while in the District of Columbia and elsewhere, defendant Kimberly Howard, along with others, conspired to fraudulently acquire goods by stealing credit card receipts containing credit card numbers and credit card expiration dates of Magruder's customers ("victim information"). A co-conspirator would use the victim information to purchase merchandise on behalf of third parties, who, upon delivery of the merchandise, paid a co-conspirator a fraction of the retail value of the delivered merchandise.

As a part of the conspiracy, defendant Kimberly Howard, stole credit card receipts containing victim information from Magruder's. It was a further part of the conspiracy that defendant Kimberly Howard gave the stolen victim information to a co-conspirator in exchange for $150. It was a further part of the conspiracy that a co-conspirator, while in the District of Columbia, used the victim information to purchase merchandise from stores located outside the District of Columbia and requested that the purchased merchandise be delivered to various addresses within the District of Columbia. Upon receipt of the goods, the recipients of the merchandise would pay a co-conspirator a cash amount equal to approximately one-third the retail value of the merchandise he received. As part of the conspiracy, co-conspirator would pay other co-conspirators a portion of the cash he received from the recipients of the merchandise.

It was a further part of the conspiracy that defendant Kimberly Howard, in conjunction with other co-conspirators, caused an actual loss to American Express and VISA in excess of $125,700, in that RT used more than one unauthorized access device that had been obtained by defendant Kimberly Howard from Magruder's, during a one-year period, and by such conduct obtained things of value in excess of $1,000. In addition, from in or about August 2003, through

2

March 2004, defendant Kimberly Howard, in conjunction with other co-conspirators, obtained victim information from Magruder's and used the victim information obtained from 2 American Express accounts and 21 Visa accounts to attempt the purchase of merchandise valued at $79,141.90.

Date: 11/09/05

KIMBERLY HOWARD

    I have read each of the three pages constituting this statement of offense and reviewed and discussed them with my client.

Date: 11/09/05

BRUCE A. JOHNSON, JR., ESQUIRE
Attorney for the Kimberly Howard