UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| | ) Criminal No. |
| v. | ) 05-368-01 HHK |
| | ) |
| | ) |
| KIMBERLY HOWARD | ) |
| | ) |

FILED
JAN 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**DEFENDANT KIMBERLY HOWARD'S POSITION WITH RESPECT TO PRE-SENTENCE INVESTIGATION**

Comes now Defendant, Kimberly Howard, by and through his attorney Bruce A. Johnson, Jr. and submits the following with respect to the presentence investigation in this matter.

1. Kimberly Howard has no additions, deletions or corrections to the presentence investigation.

Respectfully submitted,

BRUCE A. JOHNSON JR., LLC

Bruce A. Johnson, Jr., Esquire (#445925)
4301 Northview Drive
Bowie, Maryland 20716
(301) 860-1505
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Position on Presentence Investigation was mailed this 19 day of Jan 2006 to Ronald Sharpe, Esq. of the U.S. Attorney's Office and Renee Moses-Gregory of U.S. Probation.

Bruce A. Johnson, Jr.