HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>Cr-05-0368</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Howard, Kimberly | : | Disclosure Date: <u>January 12, 2006</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

**FILED**

**FEB 17 2006**

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

    [X]  There are no material/factual inaccuracies therein.

    ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                        1/19/06
**Prosecuting Attorney**                                                          Date

**For the Defendant**

(CHECK APPROPRIATE BOX)

    ( )  There are no material/factual inaccuracies therein.

    ( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____
**Defendant**                        **Date**             **Defense Counsel**             **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **January 26, 2006**, to U.S. Probation Officer **Renee Moses-Gregory**, telephone number **(202) 565-1348**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Richard A. Houck, Jr., Chief
          United States Probation Officer

                                                                                    Moses