HONORABLE HENRY I. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0050</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| Sosa, Roger Augusto | : | Disclosure Date: <u>June 23, 2005</u> |

**FILED**
FEB 17 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                               _____
**Prosecuting Attorney**                                                                **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( ) There are no material/factual inaccuracies therein.

(X) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____                       _____ 7/7/05
**Defendant**                **Date**                         **Defense Counsel**      **Date**

<u>**NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM**</u>

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **July 7, 2005**, to U.S. Probation Officer **Jean Lubinsky**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
       United States Probation Officer

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, N.W.
WASHINGTON, D.C. 20004

A. J. KRAMER
*Federal Public Defender*

Telephone (202) 208-7500
FAX (202) 208-7515

July 7, 2005

Jean Lubinsky
United States Probation Officer
3rd and Constitution Avenue, N.W.
Washington, DC 20001

**Re: United States v. Roger Augusto Sosa (CR-05-0050)**

Dear Ms. Lubinsky:

Below please find the Defendant's Objections and Comments to the pre-sentence report, prepared in the above indicated case and dated July 29, 2005.

**Objections and Comments**

1. With respect to paragraph 34, Mr. Sosa does not concede that he has a prior conviction for a *crime of violence.*

2. Pursuant to objection 1 above, Mr. Sosa objects to the addition of 16 points under "specific offense characteristic." Accordingly, Mr. Sosa objects to the adjusted offense level of 24 listed in paragraph 38 and the total offense level of 21 listed in paragraph 41.

Thank you for your consideration in this matter. Please feel free to call me if there are any details that we need to discuss.

Very truly yours,

Lara G. Quint
Assistant Federal Public Defender

cc: Heidi Pasichow, Esquire
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, D.C. 20001