PROB 12B
(Rev. 12/82)

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

JUN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Kimberly Howard**                                                Docket No. CR **05-368-01**

### REQUEST FOR COURSE OF ACTION
(Modification of Conditions of Probation)

COMES NOW **Sondra' A. Rhodes**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kimberly Howard**, who was placed on Probation by the Honorable **Henry H. Kennedy**, United States District Judge, sitting in the Court at Washington, D.C., on the **17th** day of **February**, **2006**, who fixed the period of Supervised Release at **three** years, and imposed the general terms and conditions of Probation theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1. $100 special assessment.

2. $125,748.32 restitution, to be paid at a rate of $100 per month and as directed by the Probation Officer.

3. **The defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the Probation Officer.**

4. **The defendant shall complete six months home confinement.**

5. **The defendant shall participate in an approved treatment program for substance abuse, as directed by the Probation Officer.**

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### Modification of Conditions of Supervised Release

It is respectfully recommended that the six month home detention special condition imposed on February 16, 2006, be vacated and the Court modify the conditions of probation to include the participation and completion of no more than 90 days at a Community Corrections Center, with cost waived.

Mrs. Howard has signed a Probation Form 49, waiving her rights to a hearing/attorney representation regarding the modification.

Kimberly Howard
Docket No. CR 05-368-01
Page 2

Pursuant to Rule 32.1 of Title 18, the United States Attorney's Office has been notified of the proposed modification, and no objections have been expressed at this time

**PRAYING THE COURT WILL ORDER** that the six month home detention special condition imposed on February 16, 2006, be vacated and the Court modify the conditions of probation to include the participation and completion of no more than 90 days at a Community Corrections Center, with cost waived.

Respectfully submitted,

*[signature]*

Sondra' A. Rhodes, Senior
United States Probation Officer
Telephone: (202) 565-1349

APPROVED BY: *[signature]*

Anthony K. Hill, Supervising
United States Probation Officer

## ORDER OF COURT

Considered and ordered this 20th day of June, 2006.

*[signature]*

Henry H. Kennedy
United States District Judge

**Notice of Delivery**

| **U.S. Attorney's Office** | **Defense Counsel** | **Releasee** |
| --- | --- | --- |
| Attn: Tamika Hawkins | Bruce Johnson Jr. | Kimberly Howard |
| 555 4th St., N.W. | 4301 Northview Drive | 769 B Gresham Place, NW |
| Washington, DC 20001 | Bowie, Maryland 20716 | Washington, DC 20001 |