*Attachment*
*CR: 05-368*

PROB 49-DC

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF COLUMBIA

**FILED**

JUN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I **Kimberly Howard** have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

It is respectfully recommended that the six months home detention special condition imposed on February 16, 2006 be vacated and the court modify the conditions of probation to include that Kimberly Howard completed no more than 90 days at a Community Correction Center, with cost waive.

Witness: _____
United States Probation Officer

Signed: _____
Probationer or Supervised Releasee

Date: 5/30/06