Prob 19-DC
(1/82)

**FILED**

## United States District Court
## for the
## District of Columbia

SEP 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. **vs. Kimberly Howard**   aka: Kimberly Murray        Docket No.: **CR 05-368-01**

## TO: ¹**Any United States Marshal or any other authorized officer.**

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. | | | |
| NAME OF SUBJECT<br>Kimberly Howard   aka:  Kimberly Murray | SEX | RACE<br>Black | AGE |
| ADDRESS (STREET, CITY, STATE) | | | |
| SENTENCE IMPOSED BY (NAME OF COURT)<br>U.S. District Court | | | |
| CLERK<br>Nancy Mayer-Whittington | (BY) DEPUTY CLERK<br>_Kymberly Kay_ | DATE<br>9-11-07 | |

| RETURN | | |
|---|---|---|
| Warrant received and executed | DATE RECEIVED | DATE EXECUTED<br>9/11/07 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>ANTHONY SANTIAGO | | |
| NAME | (BY) | DATE |

**Note:  Please lodge as a detainer.**

---

¹ Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer," or "United States Marshal for the District of Columbia," or "any United States Marshal, or "Any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."

1381573