UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

**FILED**

**SEP 11 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

U.S.A. vs. **Kimberly Howard**                                        Docket No.: **CR 05-368-01**

### REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a warrant be lodged as a detainer and Hearing on Violation of Supervised Release be scheduled with the appearance of **Kimberly Howard** before the Court _____ /Magistrate Judge ____ on _____ at _____

*on a date and time to be scheduled by the clerk of the court.*

### ORDER OF COURT

Considered and ordered this _____11th_____ day of _September_, 2007.

_____
Henry H. Kennedy
United States District Judge

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC  20001
September 11, 2007

UNITED STATES OF AMERICA

V.                                                    Criminal No.  05 CR 369 - (01)

KIMBERLY HOWARD


## CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE SET/RESET FOR:     HEARING ON A VIOLATION

DATE:                   FRIDAY, SEPTEMBER 21, 2007

TIME:                   10:30AM

JUDGE:                  HENRY H. KENNEDY, JR.

COURTROOM:  No. __27A__ - __6TH__ Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NANCY MAYER-WHITTINGTON, Clerk

cc:  Chambers                By: _____TANYA JOHNSON_____
     File                                Deputy Clerk
     Courtroom Clerk

CECE SIMPSON ALLWAY/TANISHA HAWKINS
FEDERAL PUBLIC DEFENDERS OFFICE
KIMBERLY HOWARD - DC JAIL